AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE dba SAN JOSE NEUROSPINE, a California Corporation<br><br>*Plaintiff(s)*<br><br>v.<br><br>GLOBAL MEDICAL RESPONSE, INC.; BLUE CROSS BLUE SHIELD OF TEXAS, a Texas Non-Profit Organization; and (SEE ATTACHMENT NO. 1)<br><br>*Defendant(s)* | Civil Action No. 5:24-cv-06860-NC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GLOBAL MEDICAL RESPONSE, INC.
4400 State Highway 121
Lewisville, TX 75056

BLUE CROSS BLUE SHIELD OF TEXAS
1001 E. Lookout Drive
Richardson, TX  75082 (SEE ATTACHMENT NO. 2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Mina Hakakian
> Williams Wollitz Hakakian PC
> 1539 Westwood Blvd., Second Floor
> Los Angeles, CA 90024
> (310) 982-2733

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date: 10/1/2024

Thelma Nudo
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:24-cv-06860-NC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]

Case No.: **5:24-cv-06860**-NC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE dba SAN JOSE NEUROSPINE

V.

GLOBAL MEDICAL RESPONSE, INC.; BLUE CROSS BLUE SHIELD OF TEXAS, a Texas Non-Profit Organization; and BLUE CROSS OF CALIFORNIA dba ANTHEM BLUE CROSS

## ATTACHMENT #1 TO SUMMONS

## ADDITIONAL DEFENDANTS

BLUE CROSS OF CALIFORNIA dba ANTHEM BLUE CROSS

Case No.: 5:24-cv-06860

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE dba SAN JOSE NEUROSPINE

V.

GLOBAL MEDICAL RESPONSE, INC.; BLUE CROSS BLUE SHIELD OF TEXAS, a Texas Non-Profit Organization; and BLUE CROSS OF CALIFORNIA dba ANTHEM BLUE CROSS

### ATTACHMENT #2 TO SUMMONS

### DEFENDANTS TO BE SERVED

BLUE CROSS OF CALIFORNIA dba ANTHEM BLUE CROSS

C/O: CT CORPORATION SYSTEM

AGENT FOR SERVICE OF PROCESS

330 N. BRAND BLVD. SUITE 700

GLENDALE, CA   91203