MINA HAKAKIAN (SBN 237666)
Email: mhakakian@wwlawcorp.com
**WILLIAMS WOLLITZ HAKAKIAN PC**
1539 Westwood Blvd., Second Floor
Los Angeles, California 90024
Telephone: (240) 441-0004

Attorney for Plaintiff,
CALIFORNIA SPINE AND NEUROSURGERY
INSTITUTE dba SAN JOSE NEUROSPINE

Amir Shlesinger (SBN 204132)
Email:      ashlesinger@reedsmith.com
Carol B. Lewis (SBN 130188)
Email:      carol.lewis@reedsmith.com
Jonathan S. Barrera (SBN 340937)
Email:      jbarrera@reedsmith.com
**REED SMITH LLP**
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendants
Blue Cross and Blue Shield of Texas, an
unincorporated division of Health Care
Service Corporation, a Mutual Legal
Reserve Company and Global Medical
Response, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE dba SAN JOSE NEUROSPINE, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL MEDICAL RESPONSE, INC.; BLUE CROSS BLUE SHIELD OF TEXAS, a Texas Non-Profit Organization; and BLUE CROSS OF CALIFORNIA dba ANTHEM BLUE CROSS,<br><br>Defendants. | Case No. 5:24-cv-06860-NW<br><br>**JOINT REQUEST FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41 (a)(1)(A)(ii), the Parties CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE dba SAN JOSE NEUROSPINE, GLOBAL MEDICAL RESPONSE, INC., and BLUE CROSS BLUE SHIELD OF TEXAS, hereby stipulate and request that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorney's fees, costs and expenses.

**DATED:** May 6, 2025

**WILLIAMS WOLLITZ HAKAKIAN PC**

By: _/s/ Mina Hakakian_
Mina Hakakian
Attorneys for Plaintiff
California Spine and Neurosurgery Institute
dba San Jose Neurospine

**DATED:** May 6, 2025

**REED SMITH LLP**

By: _/s/ Carol B. Lewis_
Amir Shlesinger
Carol B. Lewis
Jonathan S. Barrera
Attorneys for Defendants
Blue Cross and Blue Shield of Illinois, an
unincorporated division of Health Care
Service Corporation, a Mutual Legal Reserve
Company and Global Medical Response, Inc.

## ATTESTATION OF CONCURRENCE OF CONFORMED SIGNATORIES
## LOCAL RULE 5-1(I)(3) OF THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL LOCAL RULES

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California Civil Local Rules the undersigned ECF user attests that concurrence in the filing of the foregoing document has been obtained from each of the other signatories to the document.

**WILLIAMS WOLLITZ HAKAKIAN PC**

By: _/s/ Mina Hakakian_
Mina Hakakian
Attorneys for Plaintiff
California Spine and Neurosurgery Institute
dba San Jose Neurospine